UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 5:24-cr-00007-GFVT-EBA |
| v. | ) | |
| | ) | |
| EDWIN ALEXIS PEREZ-FLORIAN, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. [R. 23.] The recommendation instructed the parties to file any specific written objections within three business days after being served with the decision, or else waive the right to further review. *Id*. at 3. Neither party objected and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Edwin Alexis Perez-Florian knowingly and competently pled guilty to the Counts 1 and 2 and that an adequate factual basis supports the plea as to each of those counts. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Atkin's Recommendation to Accept Guilty Plea **[R. 23]** is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Edwin Alexis Perez-Florian is **ADJUDGED** guilty of Counts 1 and 2 of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 13th day of May, 2024.

Gregory F. Van Tatenhove
United States District Judge